Order issued November 28, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01496-CV

### IN RE AFTERMATH, INC., Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04971**

## ORDER
Before Justices Moseley, FitzGerald, and Myers

Before the Court is real parties in interest's November 21, 2012 first motion to extend time to supplement response. We **GRANT** the motion and **ORDER** the supplemental certified appendix to the response that was tendered on November 21, 2012 timely filed as of that date.

Also before the Court is relator's November 26, 2012 unopposed motion to reconsider order granting stay. We **GRANT** the motion, **LIFT** the stay imposed by our order of November 9, 2012, and **ORDER** relator to file either a copy of the trial court's order vacating its August 31, 2012 "Plaintiffs' Proposed Order on Plaintiffs' Motion to Compel First Request for Production and Aftermath's Motion for Protection and Objections" and its September 4, 2012 "Order on Plaintiffs' Motion to Compel First Request for Production and Aftermath's Motion for Protection and

00509

Objections" within ten days of its entry or a status report within thirty days of the date of this order, whichever comes first.

JIM MOSELEY
PRESIDING JUSTICE